IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRADLEY BURGESS,  :  Civil No. 3:19-cv-1731
  :
Petitioner  :
  :  (Judge Mariani)
v.  :
  :
BERNADETTE MASON,  :
  :
Respondent  :

## ORDER

**AND NOW**, this 4th day of September, 2020, upon consideration of the petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c)(2).

3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge